B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): *SINGLETON ALEXIS E.* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *XXX-XX-8618* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): *657 N. Austin Blvd, #3 CHICAGO, IL*      ZIP CODE *60644* | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP CODE |
| County of Residence or of the Principal Place of Business: *COOK* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *PO BOX 2174 OAK PARK, IL 60303*      ZIP CODE | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): |      ZIP CODE |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other | ☒ Chapter 7 <br> ☐ Chapter 9 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br> ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|
| ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000- 5,000 | ☐ 5,001- 10,000 | ☐ 10,001- 25,000 | ☐ 25,001- 50,000 |
|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million |
|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million |
|---|---|---|---|---|---|---|---|

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/29/2009
Time:
Debtor: Alexis E Singleton
Case: 09-48985
Chapter: 7 Rec. # :
Judge: Susan Sonderby
341 mtg: 02/08/2010 @ 01:00pm
ConfHrg: 12/29/2009 12/29/2009
Trustee: Gregg Szilagyi

1:098K48985-8K001

B 1 (Official Form 1) (1/08)                                                                                                                                 **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** SINGLETON, ALEXIS E. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☐  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): SINGLETON, ALEXIS E. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Alexis E. Singleton_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
773 544 6010
Date Dec. 2009

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date _____

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address
_____
_____

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address
_____

X _____
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re SINGLETON, ALEXIS E.                           Case No._____
            Debtor                                                                     *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

    ☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

    ☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh  D) (12/08) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❏ **Incapacity.**  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ **Disability.**  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ **Active military duty in a military combat zone.**

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Alexis E. Singleton*

Date: *Dec 29 2009*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

__Northern__ District Of _____Illinois_____

In re Singleton, Alexis F. ,
           Debtor

Case No. _____

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | | $ ∅ | ∅ | |
| B - Personal Property | Y | | $ ∅ | ∅ | |
| C - Property Claimed as Exempt | Y | | ∅ | ∅ | |
| D - Creditors Holding Secured Claims | Y | | ∅ | $ | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 2 | ∅ | $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 12 | ∅ | $ 67,009.60 | |
| G - Executory Contracts and Unexpired Leases | | | ∅ | | |
| H - Codebtors | | | ∅ | | |
| I - Current Income of Individual Debtor(s) | | | 3,332 | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | 2,993 | | $ |
| TOTAL | | | $ | $ 67,109.60 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

<u>Northern</u> District Of <u>Illinois</u>

In re _____,          Case No. _____
          Debtor

                                                Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ ∅ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ ∅ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ ∅ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 828 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ ∅ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re Singleton, Alexis E.                     Case No. _____
_____                                    (If known)
          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | NONE | NONE | NONE | NONE |

Total▶        Ø

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _____ ,     Case No. _____
        **Debtor**                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ✓ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | HACU   $25 savings  chase   $0  ck | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✓ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 TV's   dresser   MICROWAVE  Bed (Queen)  SOFA/LoveSeat  2 Tables  4 chairs  2 Barstools | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS - ACADEMIC | | |
| 6. Wearing apparel. | | CLOTHING, SHOES | | |
| 7. Furs and jewelry. | ✓ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✓ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✓ | | | |
| 10. Annuities. Itemize and name each issuer. | ✓ | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | ✓ | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re _____,    Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ✓ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✓ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ✓ | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✓ | | | |
| 16. Accounts receivable. | ✓ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✓ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ✓ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | ✓ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✓ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✓ | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re _Singleton, Alexis R._____,          Case No. _____
          **Debtor**                                              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ✓ | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | ✓ | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ✓ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | ✓ | | | |
| 26. Boats, motors, and accessories. | ✓ | | | |
| 27. Aircraft and accessories. | ✓ | | | |
| 28. Office equipment, furnishings, and supplies. | ✓ | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | ✓ | | | |
| 30. Inventory. | ✓ | | | |
| 31. Animals. | ✓ | | | |
| 32. Crops - growing or harvested. Give particulars. | ✓ | | | |
| 33. Farming equipment and implements. | ✓ | | | |
| 34. Farm supplies, chemicals, and feed. | ✓ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ✓ | | | |

_____continuation sheets attached      Total ▶ | $ | 0

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re _Singleton, Alexis R._ ,           Case No. _____
           **Debtor**                                                         **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

B6D (Official Form 6D) (12/07)

In re _Singleton, Alexis B._ ,     Case No. _____
                      **Debtor**                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6D (Official Form 6D) (12/07) – Cont.**                                                                 2

In re _____,          Case No. _____
                **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no __ of __ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)         $            $

Total(s) ▶
(Use only on last page)        $            $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re Singleton, Alexis E. ,                    Case No._____
_____
         **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re Singleton, Alexis E.                    ,        Case No._____
                    **Debtor**                                              **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re _Singleton, Alexis R._____,    Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ | $ | |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B6F (Official Form 6F) (12/07)

In re _Singleton, Alexis E._ ,    Case No. _____
   **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 030003710 <br> Sallie Mae <br> PO Box 9500 <br> Wilkes-Barre, PA 18773-9500 | | | 8/2001 | | | | $25,577.10 |
| ACCOUNT NO. N/A <br> ISLPP <br> 21225 Network Pl <br> Chgo, IL 60673 | | | 8/2004 | | | | 11,623.88 |
| ACCOUNT NO. 42538435 <br> Americredit <br> PO Box 183593 <br> Arlington, TX 76096 | | | | | | | 4,664.00 |
| ACCOUNT NO. FSR89632 <br> T Mobile <br> PO Box 742596 <br> Cincinnati, OH | | | 9/2008 | | | | 897.07 |

Subtotal▶ | $ 42,784.05

_/_ continuation sheets attached

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

67,109.60

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis F. , Case No. _____
                    **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~BOAGNN~~4788<br>AFNI for Ampd MOBile<br>PO BOX 3427<br>BLOOMINGTON, IL 61702 | | | 5/2007 | | | | $399.24 |
| ACCOUNT NO. ~~4MMWM~~9300<br>MACY'S<br>PO BOX 689195<br>DES MOINES IA 50368 | | | 11/2008 | | | | 1,991.62 |
| ACCOUNT NO. ~~FNN~~89911<br>Target<br>PO BOX 59231<br>Minneapolis MN 55459 | | | 6/2008 | | | | 485.99 |
| ACCOUNT NO. ~~BUXNMN~~2892<br>COMCAST<br>PO BOX 3001<br>Southeastern PA 19398 | | | 5/2009 | | | | 472.43 |
| ACCOUNT NO. ~~COXNMN~~084A<br>Swiss Colony<br>2700 Meridian PKWY #200<br>Durham NC 27713 | | | 8/2007 | | | | 106.01 |

Sheet no. 2 of __ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 3,165.32

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis R. , Case No. _____
Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX279N1 US Cellular 303 N. 114th St Milwaukee WI 53222-4708 | | | 2007 | | | | 317.91 |
| ACCOUNT NO. XXXX1023 First Premier Bank PO Box 5147 Sioux Falls, SD 57117 | | | 2007 | | | | 709.93 |
| ACCOUNT NO. XXXX184 Kay Jewelers PO Box 740425 Cincinnati OH 45274 | | | 2008 | | | | 780.00 |
| ACCOUNT NO. XXXX4710 Chadwicks-WFNNB PO Box 2036 Warren, MI 48090-2036 | | | ? | | | | 258.55 |
| ACCOUNT NO. XXXX68129 Fingerhut RJM Acquisition 575 Underhill Blvd #224 Syosset NJ 11791-3416 | | | | | | | 208.18 |

Sheet no. 3 of __ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2275.17

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis R. _____,        Case No. _____
      **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 852476031 Aspire Visa (Cornudiana) PO Box 60578 Los Angeles CA 90060 | | | 2007/2008? | | | | 1,033.15 |
| ACCOUNT NO. N408 00SXXXX B746 Salute PO Box 11802 Newark NJ 07101-8102 | | | | | | | 646.04 |
| ACCOUNT NO. 05N300134 Suburban Med Ctr 3 Erie Court Oak Pk IL 60302 | | | 2009 | | | | 29.76 |
| ACCOUNT NO. 10-29344-8 Resurrection Ambcare PO Box 6670 River Forest IL 60305 | | | 2009 | | | | 60.00 |
| ACCOUNT NO. 698806299 Sprint PO Box 7993 Overland Pk, KS 66207 | | | 2008 | | | | $753.67 |

Sheet no. 1 of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2522.62

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis R. ,    Case No. _____
          **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 613A287240 American Loans 880 Lee St. # 302 Des Plaines IL 60016 | | | | | | | $1,805.00 |
| ACCOUNT NO. 001221 Chgo Ob/Gyn 111 N. Wabash #171 Chgo IL 60602 | | | | | | | $500.— |
| ACCOUNT NO. 2781254 Absolute Coll. Srv c/o Rush U. 421 Fayetteville St. #600 Raleigh, NC 27601 | | | | | | | 307.— |
| ACCOUNT NO. UDK NWMFF Superior/Chgo Au Chgo FL 60611 | | | | | | | $600 |
| ACCOUNT NO. 4317320000069500 CCS-Plains Comm. BK 2921 Brown Trl #600 Bedford, TX 76021-4144 | | | | | | | $409.— |

Sheet no. 5 of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 3621.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis E.          ,          Case No. _____
                    Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4630900093223<br>PRA 90 HSBC CARD SV | | | | | | | $815.99 |
| ACCOUNT NO. 6921<br>Express Loans<br>3915 Mississippi<br>Cahokia, IL 62206 | | | | | | | $360 |
| ACCOUNT NO. LVNV8117<br>Premier Bankcard<br>PO Box 129<br>Thorofare, NJ 08086 | | | | | | | 436.89 |
| ACCOUNT NO. 529 THEO 235049 G 8809<br>PRSCIO Capital One<br>PO Box 12914<br>Norfolk, VA 23541 | | | | | | | 1,193.38 |
| ACCOUNT NO. QO530X7652<br>Cavalry Portfolio SV<br>fo Sprint<br>PO Box 27288<br>Tempe, AZ 85285-7288 | | | | | | | 765.61 |

Sheet no. _6_ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 3,561.87

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Singleton, Alexis E._____,          Case No. _____
                    **Debtor**                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 63628~~87675~~708 <br> DNG <br> 1860 Payphere Circle <br> Chgo IL 60674 | | | | | | | 183.00 |
| ACCOUNT NO. UOM4743 <br> RPM <br> PO Box 768 <br> Bothell, WA 98041-0768 | | | | | | | 1100.97 |
| ACCOUNT NO. 2nw007 <br> Central DuPage Phy. Group <br> PO Box 479 <br> Winfield IL 60190 | | | | | | | 246— |
| ACCOUNT NO. F430449801 <br> Central DuPage Hosp <br> 7027 John Deere Pkwy <br> PO Box 672 <br> Moline, IL 61266-0672 | | | | | | | 45.00 |
| ACCOUNT NO. -8010 <br> Central Furniture <br> 13848 N. Milwaukee <br> Chgo IL 60622 | | | | | | | $290.93 |

Sheet no. 7 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1,894.98

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis R. ,                    Case No. _____
_____Debtor_____                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8718300048237154 Comcast PO Box 3002 Southeastern, PA 19398-3002 | | | 2009? Boxstore | | | | 637.99 |
| ACCOUNT NO. 5A41991 CDH 25 N. Winfield Rd Winfield IL 60190 | | | 2/21/08 | | | | 1,334.33 |
| ACCOUNT NO. 773157 Athletico 701 Enterprise Dr. Oak Brook IL 60523 | | | | | | | 356.80 |
| ACCOUNT NO. Suburban Ortho c/o ACB PO Box 4545 Boyton Beach, FL 33437 | | | 3/2008 | | | | 310.40 |
| ACCOUNT NO. 20-26512-0 West Sub Pro Receivables 2S001 Eagle Way Chicago IL 60678 | | | | | | | 159.00 |

Sheet no. 8 of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 2,798.52

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis R. ,                           Case No. _____
_____
            **Debtor**                                           **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8167200 | | | | | | | |
| Asthma & Allergy Ctr 300 E. Army Trail Pa #403 Bloomingdale IL 60108 | | | 2007 | | | | 173.60 |
| ACCOUNT NO. 5178062007 2358 | | | | | | | |
| Blatt, Hansenmiller 2 N. LaSalle #90 Chgo IL 60602 | | | ? | | | | 1,212.55 |
| ACCOUNT NO. 100422532 | | | | | | | |
| Quest Diagnostics PO Box 64500 Baltimore MD 21264 | | | N/b | | | | 57.15 |
| ACCOUNT NO. 00420214 | | | | | | | |
| Armor Systems 2322 N Green Bay Rd Waukegan IL 60087 | | | ? | | | | 73.44 |
| ACCOUNT NO. 00492276.5 | | | | | | | |
| M Ramez Salem MD 222 E Andoe Rd Wheeling IL 60090 | | | | | | | 51.50 |

Sheet no. 9 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 1568.24

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Singleton, Alexis R. ,                    Case No. _____
                  **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~4357300~~ 46318 P&B Capital Group 861 Ellicott St, 3rd Fl Buffalo, NY 14203 | | | | | | | 354.72 |
| ACCOUNT NO. ~~NP000720~~ Univ. Anesthesiologists Lock Box 125 Glenview IL 60025 | | | 2008/2009 | | | | 733.00 |
| ACCOUNT NO. ~~CM28005~~ Drs Augusty/Singh FCC - Columbus PO Box 20790 Columbus, OH | | | | | | | 119.00 |
| ACCOUNT NO. CM46006 FFCC - Cameo Endodontics PO Box 20790 Columbus OH 43220 | | | Feb 2008 | | | | 237.00 |
| ACCOUNT NO. ~~4373200~~ 46318 Plains Commerce Bank PO Box 89937 Sioux Falls, SD 57109 | | | | | | | 336. |

Sheet no. 10 of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 1779.72

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Singleton, Alexis R._ ,                    Case No. _____
                  Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5702221930 <br> City of Chgo <br> Dept of Revenue <br> PO Box 88292 <br> Chgo IL 60680-1292 | | | 2009 | | | | 549.17 |
| ACCOUNT NO. 0000124190 <br> Village Radiology <br> 121 N. Marion <br> Oak Pk IL 60301 | | | | | | | 43.00 |
| ACCOUNT NO. X000002720 <br> Alverno Clinical Labs <br> 555 W Court St #300 <br> Kankakee IL 60901 | | | | | | | 85.00 |
| ACCOUNT NO. 9474 <br> Rinehart Ctr for Repro. <br> PO Box 219 <br> Oswego IL 60543 | | | | | | | 35.00 |
| ACCOUNT NO. 0002717 <br> Biehl & Biehl <br> PO Box 87410 <br> Carol Stream IL 60188 | | | | | | | 23.66 |

Sheet no. 11 of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 735.83

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Singleton, Alexis R.  ,                    Case No. _____
                Debtor                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-XX-8618 <br> IDES Benefits Repayment <br> PO Box 6994 <br> Chgo, IL 60680 | | | | | | | 250.00 |
| ACCOUNT NO. 40835 <br> Charles E McCree MA <br> 23362 Network Place <br> Chgo IL 60673 | | | | | | | 50.00 |
| ACCOUNT NO. 9295 <br> AT+T for Cavalry <br> PO Box 27288 <br> Tempe AZ 85282 | | | | | | | 102.28 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 12 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 402.28

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re _Singleton, Alexis R._____,                Case No._____
        **Debtor**                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re _Singleton, Alexis R._ ,                Case No. _____
                    **Debtor**                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re _Singleton, Alexis E.,_ ,      Case No. _____
     Debtor                                         (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| | DEBTOR | SPOUSE |
|---|---|---|
| Employment: Fox, Heffer, Swibel | A Singleton | |
| Occupation _Paralegal_ | | |
| Name of Employer _Fox, Heffer, Swibel, Levin & Carroll_ | | |
| How long employed _< 1 yr_ | | |
| Address of Employer _200 W. Madison St, #3000 CHI_ | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $3,332. | $ |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0 | $ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $3,332 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 330 | $ |
|    b. Insurance | $ 465 | $ |
|    c. Union dues | $ 0 | $ |
|    d. Other (Specify): _Child Support_ | $ 828 | $ |
|       _Company phone_ | 100 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1723 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1609 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ |
| 8. Income from real property | $ 0 | $ |
| 9. Interest and dividends | $ 0 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $ |
| 11. Social security or government assistance (Specify): _____ | $ 0 | $ |
| 12. Pension or retirement income | $ 0 | $ |
| 13. Other monthly income (Specify): _____ | $ 0 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 1609 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| NAME OF CREDITOR WITH COMPLETE ADDRESS | NAME, TELEPHONE NUMBER & COMPLETE MAILING ADDRESS | NATURE OF CLAIM | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | AMOUNT OF CLAIM(If secured also state value of security) |
|---|---|---|---|---|
| Americredit PO BOX 183593 Arlington, TX 76096-3593 (800) 365-3635 Acct#425384435 | Loss Recovery Department (800) 365-3635 | | | $4664.00 |
| T-Mobile P.O. Box  742596 Cincinnati,OH 45274-2596 Acct#557529632 | Customer Service (800) 937-8997 | | | $897.07 |
| AFNI for Amp'd Mobile PO BOX 3427 Bloomington, IL 61702 Acct#2029194788 | Customer Service (866) 811-0091 | | | $359.24 |
| Macy's P.O. Box 689195 Des Moines, IA 50368 Acct# 437087449300 | Collections (866) 643-6845 | | | $1,741.62 |
| Target National Bank c/o Payment Processing PO Box 59231 Minneapolis, MN 55459-0231 Acct#F-8629911 | Customer service (800) 328-0780 | | | $485.99 |
| Comcast Cable PO Box 3001 Southeastern PA 19398-3001 Acct#8798 30 004 8202892 | Customer Service (866) 594-1234 | | | $472.43 |
| Swiss Colony c/o Professional Recovery Consultants, Inc. 2700 Meridian Pkway, Suite 200 Durham, NC 27713-2204 Acct# 066294797084A | (800) 840-1036 | | | $106.01 |
| Account Recovery Services  c/o US CELLULAR 303 N 114th St | | | | $317.91 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Milwaukee, WI 53222-4208<br>(800) 598-5521<br>Acct# D2342279N1 | | | |
| First Premier Bank<br>Acct# 5178 0071 5890 2023<br>PO BOX 5147<br>Sioux Falls, SD 57117-5147 | (800) 987-5521 | | $436.89 |
| Kay Jewelers<br>PO Box 740425<br>Cincinnati, OH 45274-0425<br>Acct#8001914184<br>In Collections w/Blitt & Gaines, P.C.<br>661 W. Glenn Avenue<br>Wheeling, IL 60090 | (847) 403-4900 | | $709.93 |
| Fingerhut<br>c/o RJM Acquisitions Funding LLC<br>575 Underhill Blvd., suite 224<br>Syosset, NY 11791-3416<br>Acct317728458129 | (800)86-0026 | | $208.18 |
| Asset Acceptance c/o Chadwicks (WFNNB)<br>PO Box 2036<br>Warren, MI 48090-2036<br>Acct#38524710 | (800)545-9931 | | $258.55 |
| Aspire Visa c/o Midland Credit Management, Inc<br>PO Box 60578<br>Los Angeles, CA 90060-0578<br>Acct#8527676031 | (800) 825-8131 | | $1,033.15 |
| Salute<br>Payment Processing<br>PO Box 11802<br>Newark, NJ 07101-8102<br>Acct#4146830009225746 | | | $646.04 |
| Resurrection West | | | $1,646.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| Suburban Medical Center<br>3 Erie Court<br>Oak Park, IL 60302<br>Acct: 09113-00134 | | | | $ 29.76 |
| Resurrection Amb Care<br>Services<br>PO Box 6670<br>River Forest, IL 60305-6670<br>Acct# 10-28344-8 | (708) 524-5531 | | | $60.00 |
| Sallie Mae Student<br>Loans<br>PO BOX 9500<br>Wilkes-Barre, PA 18773-9500<br>Acct# 9306013710 | | | | $25,599.10 |
| Sprint<br>PO BOX 7993<br>Overland Park, KS<br>66207-0993<br>Acct: 698306299 | | | | $753. 67 |
| Americash Loans<br>880 Lee Street, Suite 302<br>Des Plaines, IL 60016<br>847-827-9740<br>Acct: 3134287240 | (847) 827-9740 | | | $1,805.00 |
| Chicago Obstetrics &<br>Gynecology<br>111 N Wabash Avenue<br>Suite 1717<br>Chicago, IL 60602<br>Acct#001221 | (312) 346-6330 | | | $360.00 |
| Absolute Collection<br>Services c/o<br>Rush University | (919) 755-3900 | | | $307.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| 421 Fayetteville St., #600<br>Raleigh, NC 27601<br>Acct#21781254 | | | | |
| Northwestern Memorial Hospital | | | | $600.00 |
| Complete Credit Solution for **Plains Commerce Bank**<br>2921 Brown Trl #100<br>Bedford, TX 76021-4144<br>Original Acct#4317 3200 8037 5001<br>Acct# D59490N1 | (800) 609-1144 | | | $409 |
| Portfolio Recovery Associates, LLC<br>c/o HSBC Card Services Orchard Bank<br>Acct# 4663090006673223 | (800) 772-1413 | | | $805.99 |
| Express Loans<br>3915 Mississippi<br>Cahokia, IL 62206<br>Acct#6921 | (312) 341-2945 | | | $360 |
| IDAPP Student Loans<br>21225 Network Place<br>Chicago, IL 60673-1212 | (800) 366-5755 | | | $20,000.<br>$11,623.88 |
| Premier Bankcard, Inc.<br>ARM – Accounts Receivable Management, Inc.<br>P O Box 129<br>Thorofare, NJ 08086- | | | | $436.89 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| 0129<br>(866) 932-6778<br>Acct#517800715890203<br>ARM Acct #14188117 | | | | |
| Portfolio Recovery<br>Associates, LLC c/o<br>Capital One National<br>Association<br>P.O. Box 12914<br>Norfolk, VA 23541<br>(800) 772-1413<br>Acct #:<br>52911520354768809 | | | | $1193.38 |
| Cavalry Portfolio<br>Services, LLC<br>For Sprint<br>Acct# 0053087652<br>Cavalry Acct #<br>02658178<br>PO Box 27288<br>Tempe, AZ 85285-7288 | | | | $765.61 |
| DuPage Medical Group<br>1860 Paysphere Circle<br>Chicago, IL 60674<br>Acct# 636282-<br>69575708 | | | | $183.00 |
| RPM<br>PO BOX 768<br>Bothell, WA 98041-<br>0768<br>877/233-8521<br>Ref#: 11014943 | | | | $1100.97 |
| Central DuPage<br>Physician Group | | | | $246.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| PO BOX 479<br>Winfield, IL 60190-0479<br>(630) 933-1701<br>Acct#9144007 | | | | |
| Central DuPage Hospital<br>c/o HR Accounts, Inc.<br>7027 John Deere Pkway<br>PO Box 672<br>Moline, IL 61266-0672<br>Acct# 5430549001<br>H&R Acct # 3723003 | (800) 308-8385 | | | $75.00 |
| Central Furniture<br>1348 N. Milwaukee Ave.<br>Chicago, IL 60622<br>Acct# 8010 | (773) 486-7838 | | | $290.98 |
| Comcast<br>Acct#8798 30 004<br>8637154<br>PO BOX 3002<br>Southeastern, PA<br>193898-3002 | (866) 594-1234 | | | $637.99 |
| Central DuPage Hospital<br>25 N. Winfield Rd.<br>Winfield, IL 60190-1295<br>Acct#5469991<br>Date of Service:<br>2/21/2008 | (630) 933-4066 | | | $1,334.33 |
| Athletico<br>Acct#193157<br>709 Enterprise Drive<br>Oak Brook, IL 60523-<br>8814 | (630)575-6250 | | | $356.80 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| American Credit Bureau for Suburban Orthopaedics<br>PO BOX 4545<br>Boyton Beach, FL 33437<br>Acct#253785 | (800) 750-9422 | | | $310.40 |
| West Suburban Pro Receivables<br>35001 Eagle Way<br>Chicago, IL 60678-1350<br>Acct#20-26512-0 | (708) 524-5531 | | | $159.00 |
| Asthma & Allergy Center<br>300 E Army Trail Road Suite 403<br>Bloomingdale, IL 60108<br>Acct# 8187200 | (630) 894-7083 | | | $173.60 |
| Law Offices of Blatt, Hasenmiller, Leibsker & Moore, LLC<br>2 North LaSalle, Suite 900<br>Chicago, IL 60602<br>Acct# 5178051288332858 | (312) 704-9440 | | | $1212.55 |
| Quest Diagnostics Inc.<br>PO Box 64500<br>Baltimore, MD 21264-4500<br>Invoice No.: 12604622532 | (800) 888-8333 | | | $57.15 |
| Armor Systems Corp.<br>2322 N. Green Bay Rd.<br>Waukegan, IL 60087- | (847) 249-0576 | | | $73.44 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| 4209<br>Acct# 10420214 | | | | |
| M. Ramez Salem MD & Associates<br>222 E. Dundee Road<br>Wheeling, IL 60090-3009<br>Acct#70319276-5 | (847) 520-0235 | | | $51.50 |
| P&B Capital Group, LLC<br>361 Ellicott St., 3rd Floor<br>Buffalo, NY 14203<br>Orig Acct #:<br>4317320071346318 | (888) 569-9635 | | | $354.72 |
| University Anesthesiologists, S.C.<br>LOCK BOX 128<br>Glenview, IL 60025<br>Acct# UNP-90107200 | (847) 679-6363 | | | $733.00 |
| Drs. Augustyn & Singh<br>FFCC – Columbus<br>PO BOX 20790<br>Columbus, OH 43220<br>Acct# 10408005 | (614) 358-9900 | | | $119.00 |
| FFCC – Columbus for Endodontics<br>POP Box 20790<br>Columbus, OH 43220<br>Acct# 9116006 | (614) 358-9900 | | | $237.00 |
| Plains Commerce Bank<br>PO Box 89937<br>Sioux Falls, SD 57109-6140 | (800) 800-2143 | | | $336.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| Acct# 4317320071346318 | | | | |
| City of Chicago<br><br>Dept. of Revenue<br><br>PO BOX 88292<br><br>Chicago, IL 60680-1292<br><br>Notice No.: 5102921930 | (312) 744-7275 | | | $549.17 as of 11/28/09 Notice |
| Village Radiology<br><br>Acct No.: 01-01-01134190<br><br>121 N. Marion St.<br><br>Oak Park, IL 60301-1166 | (708) 386-6565 | | | $43.00 |
| Alverno Clinical Laboratories LLC<br><br>555 W Court St., #300<br><br>Kankakee, IL 60901-3600<br><br>Acct# VD0001142720 | (877) 937-2190 | | | $85.00 |
| Rinehart Center for Reproduction Med Sc<br><br>P O Box 219<br><br>Oswego, IL 60543-0219<br><br>Acct# 9474 | (800) 423-7380 | | | $35.00 |
| Biehl & Biehl for Daily Herald Circulation<br><br>PO Box 87410<br><br>Carol Stream, IL 60188-7410<br><br>Acct# 4482717 | (800) 837-2434 | | | $23.66 |
| I.D.E.S.<br><br>Benefits Repayments<br><br>PO Box 6996 | (800) 245-9762 | | | $250.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| Chicago, IL 60680-6996<br>Acct# xxx-xx-8618 | | | | |
| Charles E. Miller, MDSC<br>23862 Network Place<br>Chicago, IL 60673-1238<br>Acct No.: 10835 | (847) 593-1040 | | | $50.00 |
| Calvary Portfolio Services, LLC<br>PO BOX 27288<br>Tempe, AZ 85282-7288<br>Original Acct# 351537893501<br>Cavalry Acct No.: 09119285 | (800) 501-0909 | | | $102.28 |